# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARK HAMLETT,

     Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.

Case No. CV 11-03818-JEM

**JUDGMENT**

In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security and Remanding for Further Proceedings filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and remanded for further proceedings in accordance with law and with the Memorandum Opinion and Order.

DATED: February 14, 2012

            */s/ John E. McDermott*
            JOHN E. MCDERMOTT
          UNITED STATES MAGISTRATE JUDGE